UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DALE MANZELL McDONALD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:11 CV 15 JM |
| | ) |
| SUPERINTENDENT, | ) |
| | ) |
| Respondent. | ) |

## OPINION AND ORDER

Dale Manzell McDonald, a *pro se* prisoner, filed this habeas corpus petition. Once again, he is attempting to challenge his conviction and 50 year sentence by the Marshall Superior Court under cause number 50D01-9701-CV-4. In *McDonald v. Superintendent*, 3:07-CV-575 (N.D. Ind. filed November 20, 2007), he also challenged that same state court proceeding. His previous habeas petition was denied because it was untimely. A "prior untimely petition . . . is not a curable technical or procedural deficiency but rather operates as an irremediable defect barring consideration of the petitioner's substantive claims." *Altman v. Benik*, 337 F. 764, 766 (7th Cir. 2003). Therefore this case is a successive habeas corpus petition.

This court lacks jurisdiction to hear an unauthorized second or successive habeas petition. 28 U.S.C. § 2244(b)(3)(A). "A district court *must* dismiss a second or successive petition, without awaiting any response from the government, unless the court of appeals has given approval for its filing." *Nunez v. United States*, 96 F.3d 990, 991 (7th

Cir. 1996) (emphasis in original). Because McDonald has not obtained authorization from the court of appeals to file a successive petition, this case is **DISMISSED** for want of jurisdiction.

**SO ORDERED.**

February 3, 2011

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT